**Opinion issued June 18, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-26-00449-CV

————————————

## IN RE METROPOLITAN LIFE INSURANCE COMPANY AND BRIGHTHOUSE LIFE INSURANCE COMPANY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Metropolitan Life Insurance Company and Brighthouse Life Insurance Company have filed a petition for writ of mandamus seeking to vacate the trial court's order that denied relators' motion to strike jury demand.[1]

---

[1] The underlying case is *Cheveze D. Pippins, Daniel P. Morris, and Donna M. O'Brien v. Metropolitan Life Insurance Company et al.*, cause number 2011-72341, pending in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.